UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DELORIS THOMPSON

VERSUS

DR. MIRACLE'S, INC., ET AL

CIVIL ACTION

NO. 12-562-JJB-DLD

## O R D E R

The court *sua sponte* notes the potential insufficiency of the removing defendants' allegation of the citizenship of the parties in their notice of removal as follows;

1. \_\_\_\_ A party invoking diversity jurisdiction must allege the *citizenship* rather than mere residence of an individual.  In addition, see 28 U.S.C. §1332(c)(2) for infants, minors and an incompetent.  The *citizenship* of _____ is not provided.

2. \_X\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  The state of incorporation and principal place of business of **BMC 1092, Inc. and SoLab, Inc.** is not provided.[1]

3. \_\_\_\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party.  *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).  **Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists.**  The state of incorporation and principal place of business of _____ is not provided.[2]

4. \_\_\_\_ A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company.  The citizenship of a limited liability company for diversity purposes is determined by the citizenship of **its members**.  The citizenship of **all of the members** of a limited liability company must be properly alleged.  In the event a member of a limited liability company is another limited liability company, the members of that limited liability company must be properly alleged as well.  is See *Harvey v. Grey Wolf*

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

[2] See footnote 1.

*Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).  The complete citizenship of _____ is not provided.

5. \_\_\_\_ A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership, a limited liability partnership, and a limited partnership.  A general partnership, a limited liability partnership, and a limited partnership has the citizenship of each one of its partners.  Both the general partner and limited partner must be alleged to establish citizenship of a limited partnership.  See *International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997); *Carden v. Arkoma Associates,* 494 U.S. 185, 110 S.Ct. 1014, 108 L.Ed.2d 157 (1990).  The citizenship of _____ is not provided.

6. \_\_\_\_ A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London.  The citizenship of Underwriters at Lloyd's, London has not been provided.  See *Corfield v. Dallas Glen Hills LP,* 355 F.3d 853 (5th Cir. 2003), *cert. denied,* 541 U.S. 1073, 124 S.Ct. 2421, 158 L.Ed.2d 983 (2004).

7. \_\_\_\_ A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship.  A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant.  Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners.  See *Linder Enterprises v. Martinringle,* 2007 WL 3095382 (N.D. Tex.).   The citizenship of _____ is not provided.

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **November 6, 2012**, the removing defendants shall file an amended notice of removal providing the citizenship of defendants, **BMC 1092, Inc. and SoLab, Inc.,** by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on October 22, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**